MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN C. BRANAGAN
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Tel. (212) 637-2804
Fax (212) 637-2750

ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/23/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -x
GAIL SILBERMAN,                 :
                                :
            Plaintiff,          :
                                :
    - v. -                      :
                                :   STIPULATION AND ORDER
                                :
MICHAEL J. ASTRUE,              :   08 Civ. 3398 (RMB)
Comissioner of                  :
Social Security,                :
                                :
            Defendant.          :
                                :
- - - - - - - - - - - - - - - - x

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the defendant and the plaintiff, that the defendant's time to answer or move with respect to the complaint in the above-captioned action is extended from July 7, 2008 to and including ~~September 5, 2008~~ August 8, 2008. This extension is requested to

allow the Social Security Administration sufficient time to evaluate its litigation position in this case. No previous extension has been granted in this case.

Dated: New York, New York
June 11, 2008

                        CENTER FOR DISABILITY ADVOCACY
                          RIGHTS, ("CEDAR"), INC.
                        ATTORNEY FOR PLAINTIFF

By: _____
CHRISTOPHER J. BOWES, ESQ.
100 Lafayette Street, Suite 304
New York, New York 10013
Telephone No: (212)979-0505

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendant

By: _____
SUSAN C. BRANAGAN
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone No.: (212) 637-2804
Susan.Branagan@usdoj.gov

SO ORDERED:

_____
RMB
UNITED STATES DISTRICT JUDGE
6/23/08