

**United States Attorney**
*Southern District of New York*

86 Chambers Street
New York, New York 10007

August 22, 2008

**MEMO ENDORSED**

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:*
*DATE FILED: 8-25-08*

BY FAX

Hon. Theodore H. Katz
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Room 1660
New York, New York 10007-1312

Re:  Gail Silberman v. Astrue
     08 Civ. 3398 (RMB)(THK)

Dear Judge Katz:

This Office represents the Commissioner of Social Security, defendant in this action. I write respectfully to advise the Court of recent events and to request an extension of defendant's time to answer or move with respect to the complaint.

Pursuant to the Court's order of June 23, 2008, defendant's answer was due August 8, 2008. The order appears on the docket, but unfortunately, this Office did not receive a copy of it. As a result, I erroneously believed that defendant's answer was due September 5, 2008. In the interim, while reviewing the administrative record in preparation to file an answer in this case, I encountered an issue that required further communication with the Agency. As a result, the Commissioner is reconsidering his position in this case. In order for this process to be completed, I respectfully request a forty-five day extension *nunc pro tunc* of defendant's time to answer or respond to the complaint, to September 22, 2008.

This is the government's second request for an extension of the answer due date. Plaintiff has kindly consented to this request. I apologize for any inconvenience my error has caused the Court.

*The Gov't shall file its response to the Complaint by Sept. 22, 2008. Any reply shall be filed by October 2, 2008.*

**SO ORDERED**

8/25/08

THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

Thank you for your consideration of this matter.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: *Susan C. Branagan*
SUSAN C. BRANAGAN
Assistant United States Attorney
Telephone: (212) 637-2804
Fax: (212) 637-2750

cc: Christopher J. Bowes, Esq.
By Fax

2



# FACSIMILE COVER SHEET

U.S. ATTORNEY'S OFFICE, SDNY
86 Chambers Street, 3rd Floor
NEW YORK, NY 10007

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

From: SUSAN C. BRANAGAN, AUSA

Office Phone No.: (212) 637-2804

Fax Number: (212) 637-2750

No. pages (including cover sheet):

Date sent: August 22, 2008

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

> "FOR OFFICIAL USE ONLY" U.S. ATTORNEY FACSIMILE COMMUNICATION
> The information contained in this facsimile message, and any and all accompanying documents, constitute "FOR OFFICIAL USE ONLY" information. This information is the property of the U.S. Attorney's Office. If you are not the intended recipient of this information, any disclosure, copying, distribution, or the taking of any action in reliance on this information is strictly prohibited. If you received this information in error, please notify us immediately by telephone at the above number and destroy the information.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

To: Honorable Theodore H. Katz

Office Phone No:

Fax Number: (805) 212-7932

Reference: <u>Gail Silberman v. Astrue</u>
08 Civ. 3398 (RMB)(THK)

Remarks: